# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Lillian Grace Linder<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       6:23-mj-116-MK<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2023__ in the county of __Lane__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Wesley Ellis per rule 4.1

*Complainant's signature*

Wesley S. Ellis, Special Agent, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __6:20pm__ a.m./p.m.

Date: __July 14, 2023__

*Judge's signature*

City and state: __Eugene, Oregon__     MUSTAFA T. KASUBHAI, U.S. Magistrate Judge

*Printed name and title*