AO 442 (Rev. 11/11) Arrest Warrant

68618-510

# UNITED STATES DISTRICT COURT

for the

District of Oregon

ORIGINAL

United States of America

v.

Lillian Grace Linder

*Defendant*

)
)
)
)
)
)

Case No.   6:23-mj-116-MK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Lillian Grace Linder
,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint

❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

Distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)
Possesion of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B)

Date:    July 14, 2023

_____
*Issuing officer's signature*

City and state:    Eugene, OR

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7|14|23 , and the person was arrested on *(date)* 7|14|23
at *(city and state)*    Eugene, OR

Date:    7|14|23

_____
*Arresting officer's signature*

MICHAEL BRYANT  SDUSM
*Printed name and title*