FILED 20 JUL '23 14:39 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr-00243-MC |
| v. | INDICTMENT |
| LILLIAN GRACE LINDER, | 18 U.S.C. § 2252A(a)(2), (b)(1) |
| | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
| Defendant. | |
| | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1

**(Distribution of Child Pornography)**
**(18 U.S.C. § 2252A(a)(2) and (b)(1))**

On or about July 13, 2023, in the District of Oregon, defendant **LILLIAN GRACE LINDER** knowingly distributed child pornography, as defined in Title 18, United States Code Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, using any means or facility of interstate and foreign commerce, and such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

**Indictment**                                                                                                         **Page 1**

## COUNT 2

### (Possession of Child Pornography)
### (18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On or about July 13, 2023, in the District of Oregon, defendant **LILLIAN GRACE LINDER** knowingly possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, and at least one such image of child pornography involved a prepubescent minor who had not attained 12 years of age, such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of either offense in Count 1 or 2, defendant **LILLIAN GRACE LINDER** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

Dated: July 20, 2023

A TRUE BILL.

███████████████████
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney

**Indictment**                                                                                   **Page 2**