2365-0721-1302-J
11574064

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Oregon

ORIGINAL

United States of America
v.
Lillian Grace Linder

)
)
)   Case No.  6:23-cr- 00243-MC
)
)
)

*Defendant*

FILED 27 JUL '23 09:50 USDC-ORE

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Lillian Grace Linder                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and Possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B)

Date:   07/20/2023

City and state:   Eugene, OR

*Issuing officer's signature*

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/20/23 , and the person was arrested on *(date)* 7/21/23
at *(city and state)* Eugene, OR    .

Date: 7/21/23

*Arresting officer's signature*

T. Marcuerquiaga
*Printed name and title*

Already in Custody